IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : | |
| v | : | CASE NO. 7:06-CV-52 (HL) |
| $10,513.27 IN UNITED STATES FUNDS,<br>Defendant Property, | : | |
| KEISHA BANKS and ANN JOHNSON,<br>Claimants. | : | |

## CONSENT ORDER

The parties have executed and presented to the Court a Stipulation for Compromise Settlement and Release of Claims which is attached hereto and made a part of this Order, in which they agreed that the defendant property, shall be forfeited to the United States. Accordingly, the Court hereby makes the following findings of fact and conclusions of law:

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1345 and 1355, and venue is proper pursuant to 28 U.S.C. § 1395.

2. The United States has furnished due and legal notice of these proceedings as required by law. All persons known to the United States to have a possible interest in the defendant property have received actual notice and service of summons, complaint, and warrant for arrest in this action.

3. Claimants Banks and Johnson filed Claims on August 3, 2006, and filed Answers on August 18, 2006, asserting their interest in Defendant Property, and no other persons or entities have filed an answer in this action. The time for filing claims and answers has now expired.

4. There is sufficient evidence to warrant a conclusion, by a preponderance of evidence standard, that the defendant property is subject to forfeiture in accordance with 21 U.S.C. § 881(a)(6).

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest of Keisha Banks and Ann Johnson in the defendant property, $10,513.27, is hereby forfeited to the United States;

2. All other right, title, and interest in the defendant property, $10,513.27, is hereby forfeited to and vested in the United States, which shall have clear title to this property and may warrant good title to any subsequent transferee;

3. The United States Attorney General or his authorized designee shall dispose of this property in accordance with the law.

4. Pursuant to 28 U.S.C. § 2465, no parties shall be entitled to costs, including any costs under 28 U.S.C. § 2412, nor shall the person or persons who made the seizure of the defendant property, nor any attorney, agent, or employee of the United States, be
liable to suit or judgment on account of the seizure of the defendant property or prosecution of the instant forfeiture action, there being reasonable cause shown for the seizure.

SO ORDERED, this 29th day of March, 2007.

*S/ Hugh Lawson*
HUGH LAWSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Prepared by:
DONALD L. JOHSTONO
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 397015